IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ERIK GARCIA,                                      )
                                                  )
              Plaintiff,                           )
                                                  )        CIVIL ACTION
vs.                                               )
                                                  )        Case No. 4:23-CV-02955
MVB REAL ESTATE INVESTMENT, LLC,                  )
                                                  )
              Defendant.                           )

## NOTICE OF SETTLEMENT

Plaintiff, ERIK GARCIA, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, MVB REAL ESTATE INVESTMENT, LLC.

Plaintiff and Defendant, MVB REAL ESTATE INVESTMENT, LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 ● Tel (561) 807-7388 ● Fax (810) 885-5279

Respectfully submitted this 26th day of June, 2024.

> Law Offices of
> THE SCHAPIRO LAW GROUP, P.L.
>
> /s/ Douglas S. Schapiro
> Douglas S. Schapiro, Esq.
> Southern District of Texas ID No. 3182479
> The Schapiro Law Group, P.L
> 7301-A W. Palmetto Park Rd., #100A
> Boca Raton, FL 33433
> Tel: (561) 807-7388
> Email: schapiro@schapirolawgroup.com

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 26th day of June 2024.

> /s/ Douglas S. Schapiro
> Douglas S. Schapiro, Esq.
> Southern District of Texas ID No. 3182479

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279