United States District Court
Southern District of Texas
**ENTERED**
July 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ERIK GARCIA,                                     )
                                                 )
          Plaintiff,                     )
                                                 )   CIVIL ACTION
vs.                                              )
                                                 )   Case No. 4:23-CV-02955
MVB REAL ESTATE INVESTMENT, LLC,                 )
                                                 )
          Defendant.                     )

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed July 25, 2024,

it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against

Defendant, MVB REAL ESTATE INVESTMENT, LLC, be dismissed with prejudice, pursuant

to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    It is so ORDERED on ____July 29, 2024____.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record